# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1929

_____

Homer Mooney,                 *
                                       *
          Appellant,          *
                                       *   Appeal from the United States
     v.                         *   District Court for the
                                       *   Eastern District of Arkansas.
AT&T Umbrella Benefit Plan #1,    *
                                       *   [UNPUBLISHED]
          Appellee.          *

_____

Submitted: March 5, 2010
Filed: March 15, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges

_____

PER CURIAM.

       Homer Mooney appeals the district court's[1] adverse grant of summary judgment in his Employment Retirement Income Security Act lawsuit against AT&T Umbrella Benefit Plan #1 (the Plan) arising from the denial of long-term-disability (LTD) benefits. Upon de novo review of the record, we agree with the district court that the Plan did not abuse its discretion in denying Mooney's claim for LTD disability benefits. See Dillard's Inc. v. Liberty Life Assurance Co. of Boston, 456 F.3d 894,

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

899 (8th Cir. 2006) (plan administrator's decision will be reversed only if it was arbitrary and capricious; decision need be only reasonable, meaning it must be supported by substantial evidence); see also Norris v. Citibank, N.A. Disability Plan (501), 308 F.3d 880, 883-84 (8th Cir. 2002) (reviewing de novo district court's application of abuse-of-discretion standard). Accordingly, we affirm, and we reject as meritless Mooney's arguments for reversal. See 8th Cir. R. 47B.

_____